UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ADDIE MAE KING,

                Plaintiff,

   -v-                               5:14-CV-978
                                     (DNH/CFH)

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

ADDIE MAE KING
Plaintiff Pro Se
2005 E. Fayette Street #102
Syracuse, NY 13224

OFFICE OF REGIONAL GENERAL        JOSHUA L. KERSHNER, ESQ.
   COUNSEL
Attorneys for Defendant
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Pro se plaintiff Addie Mae King filed this action seeking judicial review of a final

decision of the Commissioner of Social Security denying her application for disability benefits

under the Social Security Act. By Report-Recommendation dated December 11, 2014, the

Honorable Christian F. Hummel, United States Magistrate Judge, recommended that the

Commissioner's unopposed motion to dismiss the complaint based on plaintiff's failure to timely commence this action within the sixty-day time period prescribed by law be granted. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner's motion to dismiss is GRANTED; and

2. Plaintiff's complaint is DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 15, 2015
      Utica, New York.